Josephine L. Bond, Respondent, v. Frederick H. Walker, as Executor, etc., of Alva S. Walker, Deceased, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Charles C. Brace, Respondent, v. John C. Bradley, Appellant.— Interlocutory judgment reversed, and demurrer sustained, with costs, with leave to plaintiff to plead over within twenty days upon payment of costs, upon the ground that the complaint alleges a transfer of the stock without antecedent promise to retransfer it. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

George Butler, Appellant, v. Transit Development Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Ludwig Butzgy, Appellant, v. Heinrich Schneider and Others, Respondents.— Judgment affirmed, with costs, but the finding of fact designated second, appearing at folio 53 of the record on appeal, is reversed and set aside as being contrary to the evidence in the case. Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ., concurred.

Lillian Dashby, Appellant, v. Herbert Dashby, Respondent.— Interlocutory judgment and order denying plaintiff's motion for a new trial reversed, with costs of this appeal to the appellant, and a jury trial directed of the issues arising upon defendant's counterclaim. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Charles Fresusk, Respondent, v. Pittsburgh Contracting Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

John M. Hughes' Sons Company, Respondent, v. Elbert C. Smith and Others, Defendants. Renard S. Padgett, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Louisa Koellhoffer and Caroline Koellhoffer, as Executors, etc., of Silverius A. Koellhoffer, Deceased, Appellants and Respondents, v. Andrew N. Petersen, Respondent and Appellant, Impleaded with Others.— Judgment modified by striking out the provision for personal judgment against the appellant Petersen, and by striking out the provision for extra allowance against said appellant; and as modified affirmed, without costs. No opinion. Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ., concurred.

Edward C. Lewis and John H. Kitchen, Copartners, etc., Respondents, v. Henry S. Clarke and Others, Appellants, and Anthony Rivers, Defendant.— Order and interlocutory judgment affirmed, with costs and disbursements, but with leave to defendants within twenty days after entry of the order herein to withdraw such demurrer and answer the complaint, upon payment of the costs awarded at the Special Term and upon this appeal. While the complaint may not state facts sufficient to constitute a cause of action against the former mayor, it does as against the common council. "Where two or more defendants unite in demurring to a complaint, * * * it must be overruled if the complaint states a good